UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

      V.            CASE NO. 00-6245-CR-DIMITROULEAS

JUDY DENASTASIO

TYPE OF CASE:         CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**OCTOBER 26, 2000 AT 1:00 P.M.**

TYPE OF HEARING:    CHANGE OF PLEA

CLARENCE MADDOX,
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: October 16, 2000

cc:    Eileen O'Connor, AUSA
       Neil Nameroff, Esq.

