**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6245-Cr-WPD    DATE: October 26, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Judy DeNastasio

U.S. ATTORNEY: Eileen O'Connor    DEFT. COUNSEL: Neil Nameroff

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty plea to 1 Count Indictment. Court accepts Guilty plea.

CASE CONTINUED TO: 1/5    TIME: 2:00    FOR: Sentencing

MISC: Written plea agreement filed.