UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

    V.                    CASE NO. 00-6245-CR-DIMITROULEAS

JUDY DENASTASIO

TYPE OF CASE:              CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.            COURTROOM 203E
FT. LAUDERDALE, FL 33301       DATE & TIME:
                                        **January 12, 2001 AT 4:30 P.M.**
                                        **(Previously set for January 5, 2001 at 2:00 )**

TYPE OF          SENTENCING
HEARING:

                                              CLARENCE MADDOX,
                                            CLERK OF COURT

DATE: November 28, 2000             BY DEPUTY CLERK

cc:    Eileen O'Connor, AUSA
       Neil Nameroff, Esq.
       United States Probation Office