UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6245-CR-DIMITROULEAS

    Plaintiff,

vs.

JUDY DENASTASIO,

    Defendant.
_____/



## ORDER GRANTING, IN PART, UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

THIS CAUSE having come before this Court on Defendant's December 28, 2000 Motion

To Continue Sentencing, and the Court noting that no proposed order, as required by Local Rule

7.1A2 was provided, nevertheless, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED, in

part. <u>Sentencing is reset to March 2, 2001 at 10:45 A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

___ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Neil Nameroff, Esquire
100 S.E. 2nd Street, #3350
Miami, FL 33131

Eileen O'Connor, AUSA

United States Probation Office