UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.                              CASE NO. 00-6245-CR-DIMITROULEAS

JUDY DENASTASIO

---

TYPE OF CASE:                    CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                    **March 5, 2001 AT 10:30 A.M.**
                                    **(Previously set for 3/2/01 at 10:45)**

---

TYPE OF        SENTENCING
HEARING:

                                    CLARENCE MADDOX,
                                    CLERK OF COURT

DATE:    February 21, 2001
                                    BY DEPUTY CLERK

cc: Eileen O'Connor, AUSA
    Neil Maneroff, Esq.
    U.S. Probation

