UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6245-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )
)
)
JUDY DENASTASIO, )
Defendant. )
_____ )

### GOVERNMENT'S MOTION FOR
### SUBSTANTIAL ASSISTANCE

The United States of America, by and through undersigned counsel, hereby moves this Court pursuant to Title 18, United States Code, Section 3553(e) and 5K1.1 of the Sentencing Guidelines to depart downward from the guidelines sentence, as calculated by the U. S. Probation Office, at the time of sentencing for defendant Judy Denastasio, and, in support thereof, states as follows:

1. In the judgment of the United States, defendant Judy Denastasio has provided substantial assistance in the investigation and prosecution of other persons.

2. Defendant Judy Denastasio has made a full and complete disclosure to the U. S. Probation Office of the circumstances surrounding her commission of the offense.



3. The defendant has cooperated fully with the Office of the United States Attorney for the Southern District of Florida and the Federal Bureau of Investigation.

4. The United States will advise the Court at the time of sentencing as to the nature and extent of the defendant's cooperation while taking into consideration the nature and extent of her involvement in the offense.

WHEREFORE, the United States respectfully requests that the above named defendant's cooperation warrants a departure downward by the Court at the time of sentencing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
EILEEN O'CONNOR (FBN: 335304)
ASSISTANT UNITED STATES ATTORNEY
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
TELEPHONE: (954) 356-7306x3509
FACSIMILE: (954) 356-7336
E-Mail Address: Eileen.O'Connor@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __2nd__ day of March, 2001, to:

Neil M. Nameroff, Esquire
100 SE 2nd Street
Suite 3350
Miami, FL 33131

*[signature]*
EILEEN O'CONNOR
MANAGING ASISTANT UNITED STATES ATTORNEY

3