**CRIMINAL MINUTES**

FILED _____ D.C.

MAR 5

CLERK'S OFFICE
C. U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00 - 6245-CR-WPD    DATE: March 5, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Tracy Webb.    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Judy Denastasio

U.S. ATTORNEY Ellen O'Connor    DEFT. COUNSEL: Neil Nameroff

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
Time Served. 5 years Supervised Release
With Special Condition that the first six
months are to be spent on home detention
No Fine, $100.00 Assessment.

_____

_____

_____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC. 5K1 Motion filed and Granted.
W-1 Mrs. Denastasio mother
W-2 Judy Denastasio
W-3 James Bonner, FBI
Deft Informed of Right to Appeal.